MARGARET M. KEMPTON, Individually and as Executrix, etc., of A. NORMAN KEMPTON, Respondent, v. RICHARD W. SHARPE, Appellant, and Others, Defendants.— Action by plaintiff individually for personal injuries suffered, and by her as executrix to recover for the death of her son, as a consequence of a collision, at an intersection, of two automobiles respectively owned and operated by defendants Sharpe and Louise M. Baylis. On the opening the action was discontinued as to defendant Jesse T. Baylis and the complaint amended accordingly. Defendant Louise M. Baylis has not appealed. Judgment in favor of plaintiff individually and as executrix and order denying motion of defendant Sharpe for a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

KINGS COUNTY TRUST COMPANY, Appellant, v. LOUISA S. DERX, Wife of MARTIN DERX, HALES CLOTHES, INC., Defendants, and IDA D. GOMER, as Administratrix c. t. a. of AUGUSTA A. GOMER, Deceased, Substituted in Place of CHARLES A. GOMER as Sole Executor, etc., of AUGUSTA GOMER, Deceased, Respondent.—On the second reargument of the appeal from the resettled order, the order of the Supreme Court, Special Term, entered September 24, 1935, resettling a prior order, entered April 1, 1935, granting the motion of the defendant Gomer, as executor, for the reargument of a motion to confirm the referee's report of sale and to confirm and ratify the docketing of the deficiency judgment; and for a reargument of a cross-motion made by the defendant to set aside the sale of August 8, 1933, and to vacate the docketing of the deficiency judgment; and granting the defendant's motion in so far as the docketing of the deficiency judgment was denied and the judgment vacated to that extent, reversed on the law, without costs, and the motion denied. This court adheres to its decision dated February 28, 1936 [247 App. Div. 763], reversing the order appealed from, with the exception that there is struck therefrom leave to the defendant therein to move to vacate the judgment of foreclosure and sale, so that the deficiency judgment may stand. Carswell, Davis, Johnston, Adel and Taylor, JJ., concur. [See 248 App. Div. 597, 598.]

KINGS COUNTY TRUST COMPANY, Respondent, v. MARTIN DERX and Others, Defendants; IDA D. GOMER, as Administratrix c. t. a. of AUGUSTA A. GOMER, Deceased, Substituted in Place of CHARLES A. GOMER, as Sole Executor, etc., of AUGUSTA GOMER, Deceased, Appellant.— On reargument of the appeal from the judgment, which judgment was affirmed by this court on July 10, 1934 (242 App. Div. 703), the judgment, in so far as an appeal is taken therefrom, is unanimously affirmed, without further costs. No opinion. Present — Carswell, Davis, Johnston, Adel and Taylor, JJ. [See 248 App. Div. 597, 598.]